AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christian Alexander Secor (AKA: Christian A.Secor)<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00232<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/13/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) | Obstruction of Justice/Congress, |
| 18 U.S.C. § 111 (a)(1), § 2 | Assaulting, Resisting or Impeding Officers and Aiding and Abetting, |
| 18 U.S.C. § 231(a)(3), § 2 | Civil Disorder, |
| 18 U.S.C. 1752 (a)(1) and (2) | Entering and Remaining on Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Benjamin A. Elliott, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/13/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*