AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Christian Alexander Secor (AKA: Christian A.Secor) | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Christian Alexander Secor _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 111 (a)(1), § 2- Assaulting, Resisting or Impeding Officers and Aiding and Abetting;
18 U.S.C. § 231(a)(3), § 2 - Civil Disorder;
18 U.S.C. 1752 (a)(1) and (2) - Entering and Remaining on Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  ___02/13/2021___

2021.02.13 09:34:43 -05'00'

_____
*Issuing officer's signature*

City and state:     _____Washington, D.C._____

_____Zia M. Faruqui, U.S. Magistrate Judge_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/13/21 , and the person was arrested on *(date)* 2/16/21 at *(city and state)* Costa MESA, CA . |
| Date: 2/16/21          _____ *Arresting officer's signature* |
| SPECIAL AGENT ISAAC J. ALVARADO *Printed name and title* |

FILED

2021 FEB 16  PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY DUE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF(S) | CASE NUMBER  8 - 21 - MJ - 0006 - DUTY |
| v. | | 21-MJ-232 |
| Christian Alexander Secor | DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **Criminal Complaint**
in the United States District Court   District of   **Columbia**   on   **02/13/2021**
at   **9:40**   ☑ a.m. / ☐ p.m.  The offense was allegedly committed on or about   **01/06/2021**
in violation of Title   **18/40**   U.S.C., Section(s)   18 U.S.C. § 111(a)(1), § 2
(Assaulting, Resisting or Impeding Officers Defendant - and Aiding and Abetting)
to wit:   _____   : 18 U.S.C. § 231(a)(3), § 2
: (Civil Disorder and Aiding and Abetting)

A warrant for defendant's arrest was issued by:   **ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE**   : 18 U.S.C. § 1512(c)(2)
: (Obstructing an Official Proceeding)
: 18 U.S.C. § 1752(a)(1) and (2)
: (Entering and Remaining on Restricted
Bond of $   _____   was ☐ set / ☐ recommended.   Building or Grounds)
: 40 U.S.C. § 5104(e)(2)
: (Violent Entry or Disorderly Conduct)

Type of Bond:

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/16/2021**
                   Date

Signature of Agent

**Isaac J. Alvarado**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2021 FEB 16  AM 10: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___ DVE ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER:  21-MJ-232 |
| v. | PLAINTIFF | 8:21-MJ-00106-DUTY |
| Christian Alexander Secor | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  February, 16, 2021 at  6:15   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

    18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
    18 U.S.C. § 111 (a)(1), § 2- Assaulting, Resisting or Impeding Officers and Aiding and Abetting;
    18 U.S.C. § 231(a)(3), § 2 - Civil Disorder;
    18 U.S.C. 1752 (a)(1) and (2) - Entering and Remaining on Restricted Building or Grounds ;
    40 U.S.C. § 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds.

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1998

8. Defendant has retained counsel:  ☐ No

    ☑ Yes  Name:  Jason Vandyke   Phone Number:  940-305-9242

9. Name of Pretrial Services Officer notified:  Duty agent emailed

10. Remarks (if any): _____

11. Name:  Isaac J. Alvarado   (please print)

12. Office Phone Number:  213-264-7830   13. Agency:  FBI

14. Signature: _____   15. Date:  02/16/2021

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:**  8:21-mj-00106-DUTY |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **CHRISTIAN SECOR,** | : | **18 U.S.C. § 111(a)(1), § 2** |
| | : | **(Assaulting, Resisting or Impeding Officers** |
| **Defendant.** | : | **and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. § 231(a)(3), § 2** |
| | : | **(Civil Disorder and Aiding and Abetting)** |
| | : | |
| | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstructing an Official Proceeding)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(1) and (2)** |
| | : | **(Entering and Remaining on Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Benjamin A. Elliott, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1.     This Affidavit is submitted in support of a Criminal Complaint charging CHRISTIAN SECOR with criminal conduct in connection with the riots at the U.S. Capitol on January 6, 2021.  As set forth herein, I respectfully submit that this affidavit establishes probable cause that SECOR committed violations of 18 U.S.C. § 111, § 2 (Assaulting, Resisting or Impeding Officers and Aiding and Abetting); 18 U.S.C. § 231(a)(3), § 2 (Civil Disorder and Aiding and Abetting); 18 U.S.C. § 1512 (Obstruction), 18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or Grounds), and 40 U.S.C. § 5104(e)(2) (Violent Entry and Disorderly Conduct).

1

## BACKGROUND OF AFFIANT

2.     Your affiant is employed as a Special Agent at the Federal Bureau of Investigation (FBI), and has been so employed since December 21, 2020. Currently, I am assisting in the investigation of criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

3.     Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

## PROBABLE CAUSE

### *The Incursion at the Capitol*

4.     The United States Presidential Election occurred on November 3, 2020.

5.     The United States Electoral College is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

6.     On December 14, 2020, the presidential electors of the U.S. Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won the sufficient votes to be elected the next president and vice president of the United States.

7.     On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate convened in the United States Capitol building ("the Capitol") to

2

certify the vote of the Electoral College of the 2020 U.S. Presidential Election ("Electoral College vote").

8.      The United States Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building. The entire Capitol complex—including the Capitol building, the Capitol Visitor Center, and Capitol grounds to include the entire exterior plaza—was barricaded and off limits to the public on January 6, 2021

9.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building to certify the Electoral College vote. Vice President Michael R. Pence, in his constitutional duty as President of the Senate, presided over the Joint Session. Vice-President-Elect Kamala D. Harris, in her role as a Senator representing the State of California, was also present.

10.     A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades and advanced to the building's exterior façade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

11.     Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence and Vice-President Elect Harris)—who had withdrawn to separate

3

chambers to resolve an objection—were evacuated from their respective chambers. The Joint Session and the entire official proceeding of the Congress was halted while Capitol Police and other law enforcement officers worked to restore order and clear the Capitol of the unlawful occupants.

12.     Later that night, law enforcement regained control of the Capitol. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, and attended by Vice-President-Elect Harris, both of whom had remained within the Capitol building throughout these events.

13.     In the course of these events, approximately 81 members of the Capitol Police and 58 members of the Metropolitan Police Department were assaulted. Additionally, one subject was shot and killed while attempting to enter the House chamber through broken windows; many media members were assaulted and had cameras and other news gathering equipment destroyed; and the Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and residue of various pepper sprays, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order.

*SECOR's Participation in the U.S. Capitol Incursion*

14.     Between approximately January 17 and January 22, 2021, the FBI reviewed media sent to the FBI media submission portal and/or FBI tipline for the U.S. Capitol Incident from at least 11 individual tipsters who identified Christian Alexander SECOR as a person who illegally entered the U.S. Capitol building January 6, 2021. These tipsters provided images and videos of SECOR inside the U.S. Capitol Building, both standing on the floor of the Senate chamber, and sitting in the Chair of the Presiding Officer on the upper tier of the two-tiered dais at the head of the Senate chamber. This seat is normally occupied by either the Vice President of the United States and President of the Senate, the President Pro Tempore, or another Senator acting as the

Presiding Officer.  These images were widely circulated via both mainstream news outlets and on social media platforms.

15.     In the media submitted by individual tipsters and reviewed by your affiant, the subject later identified as SECOR can be seen wearing a red Make America Great Again hat with several stickers, including a blue circle with letters AF in white writing on the bill, a black jacket, black gloves, tan pants, and a T-shirt with an adulterated American flag and the letters "IMER" visible in white writing. The subject is also carrying a large blue flag with "America First" in white writing attached to a white pole. See Figures 1-4 below.



*Figure 1*



Figure 3[1]

16.     Your affiant reviewed a video filmed by The New Yorker magazine and aired on

---

[1] Figure 4 describes SECOR as a "Groyper." The Groypers are a network of alt right figures who are vocal supporters of white supremacist and "America First" podcaster Nick Fuentes.

MSNBC, showing individuals on the floor of the Senate chamber during the riot. The video shows SECOR sitting in the Chair of the Presiding Officer which had been occupied by the Vice President during the Senate proceedings earlier that day. Figure 5 (below) is a screenshot from the video showing SECOR in the Presiding Officer's chair, with what appears to be a blue America First flag propped against the wall behind his left shoulder.[2]



*Figure 4*

17.     The U.S. Capitol Police provided the FBI with videos and images from CCTV cameras inside of the Capitol building showing SECOR in various parts of the building, including the H227 Hallway (Figure 6), East Corridor near S306 (Figure 7), Senate Gallery SE near S309 (Figure 8), H230 Hallway (Figure 9), Rotunda Door Interior (Figure 10), and the Gallery Stairs (Figure 11). Figures 6 through 11 are screenshots from the CCTV videos. In each of these videos,

---

[2] The link to the original video can be found at https://www.newyorker.com/news/video-dept/a-reportersfootage-from-inside-the-capitol-siege. SECOR appears at approximately 4:25.

SECOR appears to be carrying the same blue America First flag.



*Figure 6 – H227 Hallway*



*Figure 7 - East Corridor near S306*



*Figure 8 - Senate Gallery SE near S309*



*Figure 9 - H230 Hallway*



*Figure 10 - Rotunda Door Interior*



*Figure 11 - Gallery Stairs*

18.    In one of the videos provided by the U.S. Capitol Police, SECOR can be seen among a group of rioters attempting to push through a doorway that is blocked by no less than three police officers, thereby impeding an the performance of their duties, and breaking through a police line.

12

Figure 12 is a screen capture from that video showing SECOR and the crowd pressing against the officers as they try to block the doorway.



*Figure 12*

19.     As a result of SECOR and others pushing on the double doors depicted in Figure 12, the doors opened, and dozens of additional rioters flooded into the building. The Capitol Police officers were shoved by the crowd, at times trapped between the doors and the crowd, and eventually pushed out of the way of the oncoming mob. Law enforcement's efforts to keep out the additional rioters were frustrated by the crowd inside pushing on the doors, including SECOR.

*Identification of SECOR*

20.     Several individuals submitted information to the FBI about SECOR's presence at the U.S. Capitol on January 6, 2021. The tipster, a current student at UCLA, submitted the image in Figure 1 (above), which they obtained from Twitter. The tipster identified the individual depicted as Christian SECOR, a UCLA student and founder of the campus organization "America First Bruins."

13

21.     Another individual submitted the images in Figure 2 and Figure 3 (above), which were also copied from Twitter. The tipster also identified the person depicted as "Christian SECOR, aka "Scuffed Elliott Roger," a UCLA undergrad and member of America First Bruins and other Bruins Republican organizations that supported the U.S. Capitol riot on social media.

22.     A third tipster submitted a screenshot of a post on Twitter (Figure 4, above). This individual stated the person pictured is Christian SECOR, who also goes by "Scuffed Elliot Rodger."

23.     The FBI conducted an open source search to locate and verify posts by the Twitter user mentioned by the tipsters. The Twitter user provided pictures of SECOR at a rally in Huntington Beach, California and compared these photographs to those from the U.S. Capitol riots, identifying SECOR. See Figures 13 & 14, below.



*Figure 13*



Pictured below is self-described Groyper, Christian Secor, who also goes by "Scuffed Elliot Rodger." Here you can see him on the senate floor, carrying an "America First" flag. You can just barely see the ARCTERYX logo on his jacket. #CapitolRiots 1/

5:59 PM · Jan 15, 2021 · Twitter for iPhone

**53** Retweets   **18** Quote Tweets   **91** Likes

*Figure 14*

24.     A fourth individual submitted the video filmed by The New Yorker, mentioned above at Figure 5. This individual also provided the following information:

    a.   The video shows Christian SECOR invading and occupying the U.S. Capitol, and sitting in "the Speakers Chair;"

    b.   SECOR is a UCLA undergraduate student and the President of the "America First Bruins;"

    c.   SECOR defines himself as a fascist;

    d.   SECOR has posted threats online and openly posted calls for America to become a whites-only nation.

25.     On January 25, 2021, the FBI Los Angeles Field Office interviewed the fourth tipster, who knows SECOR as a University of California Los Angeles student.  SECOR is well-known for his participation in the organization America First Bruins.  The tipster identified SECOR in a photograph provided by law enforcement (see Figure 15, below) based on their knowledge of

SECOR's appearance in or about January 2021. SECOR is known to follow an extreme ideology and invite white nationalists to speak at engagements on campus.

26.     On January 25, 2021, the FBI Los Angeles Field Office interviewed a fifth individual, who personally knows SECOR. The tipster was shown a picture (see Figure 15, below) and a video of SECOR on the floor of the Senate chamber at the U.S. Capitol, and confirmed his identity through their personal knowledge of SECOR's appearance in or about January 2021. According to this individual, upon returning from Washington D.C., SECOR moved back in with his mother in Costa Mesa, California. SECOR got rid of his phone and car and bragged that he would not be caught for his involvement at the U.S. Capitol.



*Figure 15 – Tipsters 4 and 5 identified SECOR in this picture when interviewed by the FBI*

27.     The FBI used database searches, open source searches (i.e., Internet searches), witness interviews, physical surveillance, and reporting from another law enforcement agency to independently confirm SECOR's identity, and to verify other information provided to the FBI tip

line.   Your affiant compared a copy of SECOR's California driver's license photograph to the photographs above—based on your Affiant's review of the photographs, they appear to be the same person.

28.     In addition to the above steps taken to identify SECOR, law enforcement conducted surveillance of SECOR between January 25 and 28, 2021, observing him exit his mother's California residence and drive a vehicle registered to his father.   Based on that surveillance, law enforcement agents confirmed that SECOR appears to be the person in the photographs inside the Capitol above.

*Ties to Extremist Groups*

29.     The FBI conducted an open source search and located posts by a Twitter user who posted screenshots from March 2020 of a Twitter account, @fullautonat, verified as belonging to SECOR.   One screenshot shows the Twitter account for America First Bruins, listing @fullautonat, SECOR's Twitter handle, as President.   See Figure 16 below.

30.     America First is a podcast founded by Person 1, a public figure known for making racist statements and denying the holocaust.   Open source information revealed a tweet by SECOR's Twitter account, @fullautonat, in which SECOR is posing shaking hands with Personn 1. See Figure 17 below. The screenshot of this tweet shows that the vanity name associated with the account is "Christian 'Laser Eyes' Secor."



*Figure 16*



**Christian "Laser Eyes" Secor**
@fullautonat

Kinda epic doe?



*Figure 17*

18

31.     The FBI located additional information linking SECOR to the America First Bruins. Figure 18 shows UCLA student organization registry information for America First Bruins club, which lists SECOR as primary signatory. America First Bruins, and the Bruins Republicans, are well-known clubs on campus and SECOR is widely known by his association with both.



*Figure 18*

32.     The FBI conducted an open source search and located an article dated April 1, 2020, which features a series of screenshots from SECOR's Twitter account @fullautonat.[3]  In these posts, SECOR describes fascism as "epic;" valorizes the 2017 Charlottesville tiki torch march, which featured chants of "Jews will not replace us!;" encouraged followers to watch Person 1 "highlights;" states that he supports "nationalism everywhere;" and suggests Jews and the state of

---

[3] *See* https://haam.org/disloyal-fascists-come-to-ucla/.

Israel control the politics of other governments and attempt to influence "Westerners."

33.     The FBI conducted an open source search and located an article entitled, "Here's the Nazis Who Toppled The Monolith."[4] In this article, posted January 8, 2021, SECOR was found to be active on DLive, a video live-streaming service built on blockchain technology used by other defendants at the Capitol riot, under the alias "Scuffed Elliot Rodger."  This alias is believed to be a reference to the 2014 Isla Vista Mass Murderer and University of California, Santa Barbara student who fatally stabbed his three roommates.  This article shows a photo of SECOR with a person identified as Person 2, aka "CultureWarCriminal," posing in front of a wooden cross.  Person 2 is widely reported to be a member of the Groypers.

## **CONCLUSIONS OF AFFIANT**

34.     Based on the foregoing, your affiant submits that there is probable cause to believe that SECOR violated:

  e.  18 U.S.C. § 111, § 2, which makes it unlawful to forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States while engaged in or on account of the performance of official duties and aid and abet others known and unknown to do the same;

  f.  18 U.S.C. § 231(a)(3), § 2, which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity

---

[4] *See* https://leftcoastrightwatch.org/2021/01/heres-the-nazis-who-toppled-that-monolith/.

in commerce or the conduct or performance of any federally protected function, and aid and abet others known and unknown to do the same. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes;

g. 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings;

h. 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

i. 40 U.S.C. § 5104(e)(2)(A), (B), (C), (D), and (G), which makes it a crime to willfully

and knowingly (A) enter or remain on the floor of either House of Congress or in any cloakroom or lobby adjacent to that floor, in the Rayburn Room of the House of Representatives, or in the Marble Room of the Senate, unless authorized to do so pursuant to rules adopted, or an authorization given, by that House; (B) enter or remain in the gallery of either House of Congress in violation of rules governing admission to the gallery adopted by that House or pursuant to an authorization given by that House; (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of— (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

35.     As such, I respectfully request that the court issue an arrest warrant for SECOR.

The statements above are true and accurate to the best of my knowledge and belief.

_____
SPECIAL AGENT BENJAMIN A. ELLIOTT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of February, 2021.

2021.02.13
09:40:56 -05'00'

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Southern Division |
| Plaintiff, | |
| vs. | Case #: 8:21-MJ-00106-DUTY          Out of District |
| | Initial App. Date: 02/16/2021              Affidavit |
| Christian Alexander Secor | Time: 2:00 PM                                     Custody |
| | |
| Defendant. | Date Filed: 02/16/2021 |
| | Violation: 18 USC 1512(c)(2); 18 USC 111(a)(1); |
| | 18 USC 231(a)(3); 18 USC 1752(a)(1) and (2); 40 |
| | USC 5104(e)(2) |
| | CourtSmart/Reporter: Court Reporter: Debbie Gale |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET** |
| **MAGISTRATE JUDGE: John D. Early** | **LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**

| Maria G. Barr | Ali Moghaddas | / None |
|---|---|---|
| ---------------------------- | ---------------------------- | ---------------------------------------- |
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing, and ☑ removal hearing / Rule 20.

☑ Defendant states true name is as charged.


☑ Attorney: James Drake ☑ Retained

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Court ORDERS defendant Held to Answer to District of Columbia
☑ Warrant of removal and final commitment to issue.

☑ Defendant committed to the custody of the U.S. Marshal

☑ Other: Defendat executed Waiver of Rights in open Court. Defendant duly waived arrival of process, duly waived identity hearing, duly waived preliminary hearing before Judge Early but requested same in charging district.

Deputy Clerk Initials: mba
01 : 12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   8:21-mj-00106-DUTY                    Date: February 16, 2021

Present:   John D. Early, United States Magistrate Judge

Interpreter:   n/a

| Maria Barr | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Christian Alexander Secor | no | | | n/a | | | |

**Proceedings:        (IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under Brady include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Christian Secor | ) | Case No.   8:21-mj-00106-DUTY |
| | ) | |
| *Defendant* | ) | |

**FILED**
CLERK, U.S. DISTRICT COURT

**FEB 1 6 2021**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

□ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or

☑ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

□ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*:  There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

□ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

□ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

□ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**

□ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

□ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

□ **(e)** any felony that is not otherwise a crime of violence but involves:
**(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**

□ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**

□ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**

□ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

AO 472 (Rev. 11/16) Order of Detention Pending Trial

❒ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

    ❒ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

    ❒ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

    ❒ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

    ❒ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

    ❒ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

❒ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

    ❒ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

    **OR**

    ❒ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

❒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

    ❒ Weight of evidence against the defendant is strong
    ☑ Subject to lengthy period of incarceration if convicted
    ❒ Prior criminal history
    ❒ Participation in criminal activity while on probation, parole, or supervision
    ❒ History of violence or use of weapons
    ❒ History of alcohol or substance abuse
    ❒ Lack of stable employment
    ❒ Lack of stable residence
    ❒ Lack of financially responsible sureties

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

❐ Lack of significant community or family ties to this district
❐ Significant family or other ties outside the United States
❐ Lack of legal status in the United States
❐ Subject to removal or deportation after serving any period of incarceration
❐ Prior failure to appear in court as ordered
☑ Prior attempt(s) to evade law enforcement
❐ Use of alias(es) or false documents
❐ Background information unknown or unverified
❐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

Findings made on the record at the hearing; the nature and circumstances of the alleged offence; the government's proffer of items seized at the location in which defendant was staying, including a "ghost gun," two other firearms, and several boxes of firearm parts and pepper spray in defendant's room, a scope and/or site for a firearm, three knives, including a sheath, a steel law-enforcement style baton, and a "smashed" iPhone located in the vehicle defendant had been using, text messages located on what the government characterizes as a "burner" cell phone used by defendant discussing what the government characterizes as a potential sale of a firearm or firearm part and  a message from the day before defendant's arrest with what the government describes as a "neo-Nazi" regarding an upcoming "ultra-secret operation" and a possible "storage" area for unknown items; the affidavit's reference to an April 1, 2020 article featuring screenshots of defendant's twitter account describing fascism as "epic," among other things; a January 8, 2021 article entitled "Here's the Nazis Who Toppled the Monolith" describing defendant as being active on DLive, a video-streaming service built on blockchain technology and used by other defendants charged in connection with the events at the United States Capitol on January 6, 2021, on which defendant alleged used an alias "Scuffed Elliot Rodger," an apparent reference to a 22-year old University of California at Santa Barbara student who killed six people and injured more than a dozen others using, variously, a knife, a firearm, and a car and then killed himself in 2014; the affidavit's reference to information provided by an unidentified individual that defendant defines himself as a fascist who has posted threats online and called for America to become a "whites-only nation"; information from another individual who stated that defendant stated he "got rid of his phone and car and bragged that he would not be caught for his involvement at the U.S. Capital"; and the information from the case agent contained in the pretrial services report that videos showed defendant "pushing three Capitol Police officers" on January 6, 2021, that sources indicated defendant has multiple other firearms that agents have not located, and in December 2020, there was a video of defendant spraying someone with pepper spray in Huntington Beach.The Court also finds defendant was not truthful with pretrial services in stating there were no firearms located at the house in which he was staying and finds defendant's proffered explanation of his answer is not credible.

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:            02/16/2021

_United States Magistrate Judge_

**JOHN D. EARLY**

FILED
CLERK, U.S. DISTRICT COURT

FEB 1 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **CASE NUMBER:** |
| PLAINTIFF(S) | 8:21-mj-00106-DUTY |
| v. | |
| Christian Alexander Secor, | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | District of __Columbia__ |
| DEFENDANT(S). | At __Washington, D.C.__ |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | Indictment | ☐ | Information | ☑ | Complaint | ☐ | Order of court | |
| ☐ | Pretrial Release Violation Petition | ☐ | Probation Violation Petition | ☐ | Supervised Release Violation Petition | ☐ | Violation Notice | |

charging him or her with   (brief description of offense) Assaulting, etc,. Officers, Aiding & Abetting; Civil Disorder; Obstructing an Official Proceeding; Entering & Remaining on Restricted Building or Grounds; Violent Entry / Disorderly Conduct.

☑ in violation of Title __(s) 18; 40__ United States Code, Section (s) __111(a)(1), 2; 231(a)(3) , 2; 1512(c)(2);__

1752(a)(1) and 2; 5104(e)(2)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
☑ duly waived arrival of process.
☑ duly waived identity hearing before me on __February 16, 2021__ .
☑ duly waived preliminary hearing before me on __February 16, 2021 but requested same in charging district__ .
☐ had a preliminary hearing before me on _____ , and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____ , and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☑ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

__February 17, 2021__
Date                                    United States Magistrate Judge

### RETURN

Received this commitment and designated prisoner on _____ , and on _____ ,
committed him to _____ and left with the custodian at the same time
a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____          _____
Date                                    Deputy

M-15 (01/09)                    **FINAL COMMITMENT AND WARRANT OF REMOVAL**

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
# CRIMINAL DOCKET FOR CASE #: 8:21-mj-00106-DUTY-1

Case title: USA v. Secor

Date Filed: 02/16/2021

Date Terminated: 02/17/2021

---

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Christian Alexander Secor**
*TERMINATED: 02/17/2021*
*also known as*
Christian A. Secor
*TERMINATED: 02/17/2021*

represented by **James Franklin Drake , IV**
Drake Law Group
620 Newprort Center Drive, Suite 1100
Newport Beach, CA 92660
949-237-2816
Fax: 833-372-5354
Email: james@drakelfg.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

### Plaintiff

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse

312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Christian Alexander Secor, originating in the District of Columbia. Defendant charged in violation of: 18:1512(c)(2); 18:111(a)(1),2; 18:231(a)(3); 18:1752(a)(1) and (2); 40:5104(e)(2). Signed by agent Isaac J. Alvarado, FBI, Special Agent. filed by Plaintiff USA. (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Christian Alexander Secor; defendants Year of Birth: 1998; date of arrest: 2/16/2021 (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 3 | Defendant Christian Alexander Secor arrested on warrant issued by the USDC District of Columbia at Washington. (Attachments: # 1 Out-of-District Complaint, # 2 Out-of-District Order)(cio) (Entered: 02/19/2021) |
| 02/16/2021 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John D. Early as to Defendant Christian Alexander Secor Defendant arraigned and states true name is as charged. Attorney: James Franklin Drake, IV for Christian Alexander Secor, Retained, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Defendant executed Waiver of Rights in open Court. Defendant duly waived arrival of process, duly waived identity hearing, duly waived preliminary hearing before Judge Early but requested same in charging district. Court Reporter: Debbie Gale. (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 5 | IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge John D. Early: as to Defendant Christian Alexander Secor (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 6 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by James Franklin Drake, IV appearing for Christian Alexander Secor (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Christian Alexander Secor. (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 8 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Christian Alexander Secor (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 9 | ORDER OF DETENTION by Magistrate Judge John D. Early as to Defendant Christian Alexander Secor, (cio) (Entered: 02/19/2021) |
| 02/16/2021 | 10 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Christian Alexander Secor. (cio) (Entered: 02/19/2021) |
| 02/17/2021 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge John D. Early that Defendant Christian Alexander Secor be removed to the District of Columbia (cio) (Entered: 02/19/2021) |
| 02/19/2021 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant |

Christian Alexander Secor. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 02/19/2021)